```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12131
   ROSIE L MCDOWELL
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-9818


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/07/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 08/16/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------
OCWEN FEDERAL BANK         CURRENT MORTG          .00            .00             .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG          .00            .00             .00
MONTEREY FINANCIAL         SECURED                .00            .00             .00
MONTEREY FINANCIAL         UNSECURED          465.92            .00             .00
ALLIED INTERSTATE          UNSECURED       NOT FILED            .00             .00
ANDERSON CRENSHAW ASSO     UNSECURED       NOT FILED            .00             .00
ASSET ACCEPTANCE LLC       UNSECURED          137.42            .00             .00
BUREAU OF COLLECTION REC   UNSECURED       NOT FILED            .00             .00
GMAC                       UNSECURED        20829.43            .00             .00
GMAC                       UNSECURED        14575.05            .00             .00
IC COMMERCIAL SERVICES     UNSECURED       NOT FILED            .00             .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE   35000.00            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          294.29            .00             .00
OCWEN FEDERAL BANK         SECURED NOT I    2351.63            .00             .00
WELLS FARGO BANK           NOTICE ONLY    NOT FILED            .00             .00
HSBC BANK USA              NOTICE ONLY    NOT FILED            .00             .00
WELLS FARGO BANK           NOTICE ONLY    NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY           .00                             .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                           --------------        --------------
TOTALS                           .00                     .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12131 ROSIE L MCDOWELL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/28/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 12131 ROSIE L MCDOWELL